CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
     DEPUTY CLERK

PROB 22
(Rev 2/88)

**TRANSFER OF JURISDICTION**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 SEP 28 PM 3:52
CLERK
BY /s/ [signature]
DEPUTY CLERK

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:10CR00118-001 |
| DOCKET NUMBER (Rec. Court) | 1:17CR31 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Matthew Young <br> [redacted] | District of Vermont | Burlington |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/01/2017 — TO 08/31/2021 |

OFFENSE:
Conspiracy to Manufacture 5 Grams or More of Methamphetamine, Distribution of Methamphetamine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/12/17
Date

/s/ J. Garvan Murtha
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

09/21/2017
Effective Date

/s/ Michael F. Urbanski
United States District Judge